IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE M. PINKETT | : | CIVIL ACTION |
| v. | : | No. 12-4281 |
| MICHAEL J. ASTRUE | : | |
| *Commissioner of Social Security* | : | |

# **ORDER**

AND NOW, this 17th day of May, 2013, upon consideration of Plaintiff Joyce M. Pinkett's Motion for Summary Judgment, or In the Alternative, Plaintiff's Motion for Remand, Defendant's response thereto, and Pinkett's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 14) is APPROVED and ADOPTED;

2. Pinkett's Motion (Document 8) is GRANTED insofar as she requests remand;

3. This matter is REMANDED to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation; and

4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez

---

[1] The Report and Recommendation was sent to all parties of record on May 1, 2013. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.